JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LESLIE JAMES GAINES, JR., | Case No. CV 13-02795 ABC (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| R. M. DIAZ, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: May 22, 2013

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE