FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 28 2013

CENTRAL DISTRICT OF CALIFORNIA
BY Shy          DEPUTY

JS-6

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 28 2013

CENTRAL DISTRICT OF CALIFORNIA
BY Shy          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| LESLIE JAMES GAINES, JR., | Case No. CV 13-02795 ABC (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| R. M. DIAZ, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: May 22, 2013

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE